UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYRISE ALLEN,

       Plaintiff,

                                     Case No. 21-10178

v.

                                       HON. MARK A. GOLDSMITH

MIDLAND FUNDING, LLC, et al.

       Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 29, 2021, Plaintiff Cyrisse Allen filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). See Notice (Dkt. 5). Accordingly, this case is dismissed without prejudice.

SO ORDERED.

Dated:  April 6, 2021                    s/Mark A. Goldsmith
      Detroit, Michigan              MARK A. GOLDSMITH
                                      United States District Judge

1